UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JOSUE TERESIER,
Petitioner,
v.
CHRISTOPHER J. LAROSE, et al.,
Respondents.

Case No.: 3:26-cv-5242-CAB-MMP

**ORDER GRANTING A WRIT OF HABEAS CORPUS**

Pending before the Court is Petitioner Josue Teresier's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner alleges that he presented himself at the Hidalgo Port of Entry on January 15, 2023 and was paroled into the United States. [Petition at 9.] He has a pending asylum application. [*Id.* at 4.] He was recently re-detained on September 8, 2026 while driving in National City. [*Id.*]

Respondents do not contest any of Petitioner's asserted facts. [Doc. No. 4.] Nor do Respondents allege that there has been a change of circumstances warranting Petitioner's detention or that Petitioner poses a risk of flight or danger, failing to even mention in their Response that he allegedly briefly ran from immigration authorities during his apprehension. [*See* Doc. No. 4-1 at 3.] Instead, Respondents acknowledge that "Petitioner was previously released from immigration custody on parole" and "have insufficient information regarding termination of that parole . . . to provide to the Court." [*Id.* at 2.]

Respondents therefore "do[] not oppose the [P]etition and defer[] to the Court on the appropriate relief." [*Id.* at 3.]

The Court therefore **GRANTS** a writ of habeas corpus and **ORDERS** Respondents to immediately release Petitioner Josue Teresier under the same conditions of release that existed immediately prior to his most recent re-detention.

<u>The Clerk of the Court shall close the case.</u>

It is **SO ORDERED**.

Dated: September 25, 2026

Hon. Cathy Ann Bencivengo
United States District Judge